# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARIBEL QUITO,<br><br>                    PLAINTIFF,<br><br>vs.<br><br>JERSEY COLLEGE,<br><br>                    DEFENDANTS | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION**<br><br>**CASE NO. 2:22-CV-06954-BRM-JBC**<br><br><br>**Consent Order Staying Action Subject to Arbitration** |

**THIS MATTER**, having been brought to the Court jointly by Defendant, Jersey College, by and through its counsel, and Plaintiff, by and thorough its counsel, for a Consent Order staying this action until arbitration has been conducted; and

**WHEREAS**, Plaintiff and Defendant entered into a written contract on August 8, 2019. As part of that contract, the parties agreed to submit any disputes arising from the contract or statute (including but not limited to state and federal laws against discrimination) to arbitration as set forth in the arbitration agreement; and

**WHEREAS**, a controversy within the scope of the arbitration agreement has arisen as Plaintiff has asserted claims pursuant to the Americans with Disabilities Act, Section 504 of the Rehabilitation Act of 1973, and the New Jersey Law Against Discrimination, and Defendant is not in default in proceeding with arbitration.

**IT IS THEREFORE ORDERED**, that this action is stayed until arbitration has been conducted according to the terms of the contract between Plaintiff and Defendant.

s/ *James B. Clark, III*
_____

Hon. James B. Clark, III,                    U.S.M.J.

1

Dated: 4/21/2023

I hereby consent to the form and
entry of the within Order.


**Stewart Lee Karlin, Esq.**
**Attorneys for Plaintiff, Maribel Quito**

By:_____
        Daniel E. Dugan, Esq.

**Attorneys   for   Defendant,   Jersey**
**College**

By:\_\_*/s/ Rachel K. Hall*_____
        Rachel K. Hall, Esq.


Dated: April 18, 2023

2