# Biancamano & Di Stefano

JOSEPH V. BIANCAMANO
ANTHONY R. DISTEFANO (retired)
MATTHEW GITTERMAN+
GEORGE KAROUSATOS*
FREDERIC PEPE
LAWRENCE F. CITRO**++
ROBERT ARCE
ROBERT B. DENNER
JAMES PASSANTINO*
ANDREW MARRA
DANIEL A. LYNN+
JAMES E. SANTOMAURO *
_____

SHARON LATORACCA*
DEBORAH W. BRENNER
ROBERT H. KLAUSNER
JAMES G. SERRITELLA
DANIEL J. GIORDANO*
CHRISTOPHER M. CAMPOREALE
DEREK R. SVENDSEN**
RACHEL K. HALL
CHRISTOPHER C. HARRIS
MATTHEW G. MINOR++
AMANDA M. IBRAHIM**
RYAN M. SEDLAK
_____

OF COUNSEL
ANTHONY C. FAMULARI (retired)

A Professional Corporation
attorneys at law

Executive Plaza
10 Parsonage Road
Suite 300
Edison, New Jersey 08837

Phone: (732) 549-0220
Fax: (732) 549-0068

PENNSYLVANIA LOCATION:

2444 Huntingdon Pike
Bethayres, PA  19006
Phone: (215) 360-3192

Firm Website:
www.bdlawfirm.com

*NJ & PA Bars
**NJ & NY Bars
+Certified by the Supreme Court of New Jersey as a Workers' Compensation Law Attorney
++Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

January 22, 2025

**VIA ECF/PACER**
Hon. James B. Clark, III
United States Magistrate Judge
U.S. District Court, District of New Jersey
U.S. Courthouse
50 Walnut Street, Room 2060
Newark, New Jersey 07102

**Re:    Maribel Quito v. Jersey College**
**Docket No.:  2:22-cv-06954-BRM-JBC**
**Our File No.:  20022-03929 RKH**

Dear Judge Clark:

This firm represents the Defendant, Jersey College in regards to the above-referenced matter. On April 21, 2023, this matter was stayed pending the completion of arbitration before the American Arbitration Association ("AAA"). Pursuant to the Court's November 6, 2023 Order, please be advised that the parties have reached an agreement to resolve the disputes at issue between them and the arbitration pending before the AAA has now concluded.

Thank you for Your Honor's attention to this matter and please advise if the Court needs any further information in regards to the above.

Respectfully submitted,

*/s/ Andrew Marra*
Andrew Marra, Esq.
a.marra@bdlawfirm.com

AXM/dg
cc:    Daniel E. Dugan, Esq. Via ECF Pacer & Email